| (Official Form 1) (12/03) | United States Bankruptcy Court | Voluntary Petition |
|---|---|---|
| FORM B1 | WESTERN DISTRICT OF NEW YORK | |

| Name of Debtor (if individual, enter Last, First, Middle): O'Hara, Henry T. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): 0522676 |
| Last four digits of Soc. Sec./Tax I.D. No. (if more than one, state all): 0350 | Last four digits of Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 41 South Ridge Trail, Fairport, NY 14450 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: MONROE | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check Applicable Boxes)

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
☒ Individual(s)   ☐ Railroad
☐ Corporation    ☐ Stockbroker
☐ Partnership    ☐ Commodity Broker
☐ Other_____  ☐ Clearing Bank

**Nature of Debts** (Check one box)
☒ Consumer/Non-Business   ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13
☐ Chapter 9   ☐ Chapter 12
☐ Sec. 304 – Case ancillary to foreign proceeding

**Filing Fee** (Check one box)
☒ Full Filing Fee attached
☐ Filing fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay the fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)   This Space For Court Use Only
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to creditors.

Estimated Number of Creditors
1-15 ☐   16-49 ☒   50-99 ☐   100-199 ☐   200-999 ☐   1000-over ☐

Estimated Assets
$0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☒ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More Than $100 Million ☐

Estimated Debts
$0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☒ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More Than $100 Million ☐

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>O'Hara, Henry T. |
|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signed] T. O'Hara_
Signature of Debtor

X _____
Signature of Joint Debtor

(585) 425-7299
Telephone Number (If not represented by attorney)

May 27, 2005
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)　　Bar ID Number

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)　　Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm.

I, the debtor, affirm that I have read this notice.

5/27/2005 _____ _____
Date              Signature of Debtor                Case Number

**WHITE - DEBTOR COPY**       **PINK - COURT COPY**

O'Hara, Henry T.

## Mailing Matrix

ABN AMRO Mortgage Group
2600 W. Big Beaver Road
Troy, MI 48084

Allied Irish Bank ATB
c/o Joel Cardis, LLC
2838 DeKalb Pike
East Noriton, PA 19401

American Express
PO Box 7871
Fort Lauderdale, FL 33329

Bank of America
PO Box 7047
Dover, DE 19903

Bank One Delaware NA
201 North Walnut Street
Wilmington, DE 19801-2920

Bank One
Building 370
340 South Cleveland Ave
Westerville, OH 43081

Bass & Associates Ecast Settlement Corp
Suite 200
3936 E. Fort Lowell Road
Tucson, AR 85712

Capital One Bank
11013 W. Broad Street
Glen Allen, VA 23060

CBUSA Sears
8725 W. Sahara Ave MC
The Lakes, NV 89163

Chase – Bank One
Dept OH1-0552
800 Brooksedge Blvd 3
Westerville, OH 43081

O'Hara, Henry T.

>Citibank USA NA
>Pencander Corp Center
>110 Lake Drive
>Newark, DE 19702-3317
>
>First USA Bank
>2500 Westfield Road
>Elgin, IL 60123
>
>Fleet CC
>300 Wakefield Drive
>Newark, DE 19702
>
>Fleet CC
>200 Tournament Drive
>Horsham, PA 19044
>
>GEMB/JCP
>PO Box 981402
>El Paso, TX 79998
>
>Household Bank
>PO Box 98706
>LasVegas, NV 89193-8706
>
>HSBC Bank
>PO Box 4604
>Buffalo, NY 14240-4604
>
>HSBC Gold
>1441 Schilling Pl
>Salinas, CA 93901
>
>HSBC NV
>PO Box 98706
>LasVegas, NV 89193
>
>Internal Revenue Service
>Attn: Deborah J. Prutzman
>255 East Avenue
>Rochester, NY 14604-2624
>
>Kaufmanns
>Fifth Smithfield
>Pittsburgh, PA 15219

O'Hara, Henry T.

LFGA Div Citi Financial
233 N. Michigan Ave
Chicago, IL 60601

Marriott Ownership
PO Box 8038
Lakeland, FL 33802

MBNA America
PO Box 17054
Wilmington, DE 19884

MBNA America
PO Box 15026
Wilmington, DE 19850-5026

NCO Financial / 22
507 Prudential Road
Horsham, PA 19044-2308

NCO Financial / 99
PO Box 41466
Philadelphia, PA 19101

NCO Financial Systems
2020 North Central Ave
Suite 300
Phoenix, AR 85004

New York State Commissioner of Taxation
W A Harriman Campus
Albany, NY 12227-0125

North American Collectors Inc
16000 Ventura Blvd Suite 1100
Encino, CA 91436

Palisades Collection
PO Box 1244
Englewood Cliffs, NJ 07632-0244

THD / CBUSA
PO Box 9714
Gray, TN 37615